(103 So. 923)

William COLE v. STATE. (7 Div. 77.) (Court of Appeals of Alabama. March 17,

1925.) Appeal from Circuit Court, Cleburne County; S. W. Tate, Judge. Making liquor.

SAMFORD, J. The only error complained of is the refusal of the court to give the general charge as requested by defendant. We have examined the evidence, and find no merit in this contention. There is no error in the record, and the judgment is affirmed. Affirmed.